396 A.2d 57

Commonwealth v. Herbert Williams, Appellant.

Submitted December 31, 1977. Thomas G. Linsley, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., and PRICE and SPAETH, JJ., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 57

Commonwealth v. Wills, Appellant.

Submitted September 12, 1977. Gary A. Delafield, Assistant Public Defender, for appellant; Charles C. Brown, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.